# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDA L. RENNER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION NO.:** |
| v. | : | |
| | : | |
| **PROGRESSIVE NORTHERN** | : | **2:12-CV-2570-CDJ** |
| **INSURANCE COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 17th day of March, 2014, it is hereby **ORDERED** that the defendant's Motion for Summary Judgment, (Doc. No. 23), is **DENIED**. It is further **ORDERED** that plaintiff's Motion for Summary Judgment, (Doc. No. 26), which this court will construe as a Motion in Limine, is **DENIED WITHOUT PREJUDICE** as premature.

BY THE COURT:

/s/ C. Darnell Jones, II

**C. DARNELL JONES, II   J.**